IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JIMMY TAYLOR, | : | |
| Plaintiff | : | |
| | : | CASE NO. 5:24-cv-00437-MTT-CHW |
| VS. | : | |
| Deputy GREG PENNYCUFF, | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. §1983** |
| Defendant | : | **BEFORE THE U. S. MAGISTRATE JUDGE** |

## ORDER

*Pro se* Plaintiff Jimmy Taylor, a prisoner at Wheeler Correctional Facility in Alamo, Georgia, filed a handwritten document in the Southern District of Georgia that is docketed as a 42 U.S.C. § 1983 complaint. ECF No. 1. Plaintiff's civil action has been transferred to this Court. ECF Nos. 5 and 6. Plaintiff requests leave to proceed *in forma pauperis*. ECF No. 2.

Plaintiff's motion to proceed *in forma pauperis* is incomplete. A prisoner or pretrial detainee seeking leave to proceed without prepayment of the filing fee must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). Plaintiff failed to submit a certified copy of his trust fund account statement.

Accordingly, Plaintiff is **ORDERED** to submit a proper motion to proceed *in forma pauperis,* which should include a certified copy of his trust fund account

statement.   The Clerk is **DIRECTED** to provide Plaintiff with a copy of the appropriate forms for this purpose.

Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this Order to comply.  If Plaintiff does not timely and fully comply with this Order, this action will be dismissed.   Plaintiff is further **ORDERED** to notify the Court immediately in writing of any change of address and his failure to do so may result in dismissal of this action.

**SO ORDERED and DIRECTED**, this 8th day of January, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge